# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| JEROME REID, on behalf of himself and others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ALLIED REVENUE SERVICES, LLC d/b/a ALLIED BUSINESS SERVICES, <br><br> Defendant. | **Civil Action No.: 1:20-cv-00081-JTN-PJG** |

## STIPULATION OF DISMISSAL

Jerome Reid ("Plaintiff") and Allied Revenue Services, LLC ("Defendant"), pursuant to Rule 41(a)(1)(A)(ii), hereby file their stipulation of dismissal of this case, with prejudice as to Plaintiff, and without prejudice as to any members of the putative class. Each side will bear its own attorney's fees and costs.

Respectfully submitted this 8th day of September 2020.

| | |
|---|---|
| */s/ James L. Davidson* <br> Michael L. Greenwald <br> James L. Davidson <br> Greenwald Davidson Radbil PLLC <br> 7601 N. Federal Highway, Suite A-230 <br> Boca Raton, FL 33487 <br> Tel: (561) 826-5477 <br> mgreenwald@gdrlawfirm.com <br> jdavidson@gdrlawfirm.com <br><br> Counsel for Plaintiff <br><br> Andrew L. Campbell, Attorney at Law <br> 1000 Beach Street, Suite B West Entrance <br> Flint, MI 48502 | /s/ *Scott D. Stoner* <br> Scott D. Stoner <br> STARR, BUTLER, ALEXOPOULOS & STONER, PLLC <br> Attorneys for Defendant <br> 20700 Civic Center Dr., Ste. 290 <br> Southfield, MI 48076 <br> (248) 864-4938 <br> sstoner@starrbutler.com <br><br> Counsel for Defendant |

1

| | |
|---|---|
| Phone: (810) 232-4344<br>michiganbk@gmail.com<br><br>Local Counsel for Plaintiff | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on September 8, 2020, via the Court Clerk's CM/ECF system, which will provide notice to the following counsel of record:

Scott D. Stoner
STARR, BUTLER, ALEXOPOULOS & STONER, PLLC
Attorneys for Defendant
20700 Civic Center Dr., Ste. 290
Southfield, MI 48076
(248) 864-4938
sstoner@starrbutler.com

Counsel for Defendant

*/s/ James L. Davidson*
James L. Davidson